FILED
CLERK U.S. DISTRICT COURT
NOV 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITRUS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DRT ENTERTAINMENT, INC., a New York corporation; DEREK SHULMAN, an individual; TED GREEN, an individual; RON URBAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV06-4813 SVW (JCx)<br>[Assigned to Hon. Stephen V. Wilson]<br><br>[PROPOSED] FINAL JUDGMENT and PERMANENT INJUNCTION |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to the stipulation of the parties, that

1. Plaintiff Nitrus, LLC ("plaintiff") shall have and recover from defendant DRT Entertainment, Inc. ("defendant"), the sum of $30,000.00, with interest thereon from October 15, 2007 until paid, at the rate of 1.24 % set forth in 28 U.S.C. § 1961 for judgments entered on that date, together with attorney fees and costs in the amount of $5,000.00.

2. Defendant shall

   (a) Deliver full and complete accountings and applicable payments relating thereto, including, but not limited to, mechanical royalties, artist advances, and artist

3139.061/247258.2

royalties, to all individual artists signed to the joint venture between plaintiff and defendant formed pursuant to the August 13, 2003, joint venture agreement between them (the "JV") through defendant and/or plaintiff, and to all other persons and entities to whom such accountings and/or payments are due from the JV, including, but not limited to, (i) American Head Charge, (ii) all artists contained on the Ultimate Fighting Championship album "Ultimate Beat Downs Vol. I Metal", (iii) Lit, (iv) U.P.O., and (v) all artists contained on the "Texas Chainsaw Massacre" soundtrack. At the same time, defendant shall deliver copies of each and every accounting given pursuant to this paragraph to plaintiff, along with proof of payment of all payments applicable thereto.

(b) Perform all legal and contractual obligations of the JV to any and all artists and other persons or entities. Such obligations include, without limitation, all obligations to account for and pay royalties including but not limited to, with respect to the projects set forth in the preceding subparagraph.

(c) Cease and desist from distributing "Ultimate Beat Downs Vol. 1 Metal" and "The Feeding", and any songs appearing thereon, digitally for download or otherwise.

DATED: 11/12/08

_____
JUDGE, UNITED STATES DISTRICT COURT
USDJ Stephen V Wilson